Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0350

Olaf Lieb; Tina Lieb; Jennifer M. Holton; 36081 Rentals LLC; and EEZTEC Solutions LLC v. CB&S Bank; PrimeSouth Bank, lnc.; PrimeSouth Bancshares, Inc.; and David W. Baggett, Jr. (Appeal from Elmore Circuit Court: CV-20-900034)

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

Wise, J., recuses herself.